**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CSG SYSTEMS, INC., | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 2:12-cv-712-JRG |
| TOA TECHNOLOGIES, INC., | § | |
| Defendant. | § | |

**ORDER**

Before the Court on April 18, 2013 came on to be heard Defendant TOA Technologies, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 8). The Court heard argument and evidence on this motion during an evidentiary hearing held on April 18, 2013 and then announced its rulings and reasoning into the record. Such rulings are memorialized herein and are as follows:

Defendant TOA Technologies, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 8) is **DENIED**, pursuant to the Court's reasoning as fully set forth in the record.

Defendant TOA Technologies, Inc.'s Motion to Stay Proceedings Pending Resolution of Motion to Transfer Venue (Dkt. No. 19) is **DENIED-AS-MOOT**.

These rulings are more fully clarified and explained in the Court's pronouncements into the record at the time of the evidentiary hearing held on April 18, 2013. This order does not limit any of the rulings of the Court related to these matters as more fully expressed within the record.

**So ORDERED and SIGNED this 18th day of April, 2013.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE